IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00988-WDM-BNB

SCHLUTER-SYSTEMS KG,

    Plaintiff,

v.

BLANKE CORPORATION AND
CARTWRIGHT DISTRIBUTING, INC.,

    Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    In accordance with the Joint Status Report filed January 20, 2006, this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause.  If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before January 24, 2007, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on January 24, 2006

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL